O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NOLDEN, III,<br><br>Plaintiff,<br><br>v.<br><br>TRACEE MAY BREWSTER, et al.,<br><br>Defendants. | Case No. 2:18-cv-06523-AB-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any objections to the Report and Recommendation, and the deadline for doing so expired on December 26, 2018. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint with prejudice and without leave to amend.

DATED: January 24, 2019  _____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE