JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT NOLDEN, III, <br> Plaintiff, <br> v. <br> TRACEE MAY BREWSTER, et al., <br> Defendants. | Case No. 2:18-cv-06523-AB-KES <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Complaint and this entire action is dismissed with prejudice.

DATED: January 24, 2019

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE